[No. 4412–II.  Division Two.  March 4, 1982.]

MICHAEL E. CAGAN, ET AL, *Appellants*, v. CAPITAL
SAVINGS AND LOAN ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 71766, John H. Kirkwood, J., entered
November 21, 1979. *Reversed* and *remanded* by unpub-
lished opinion per Reed, C.J., concurred in by Petrich and
Munson, JJ.

[No. 4218–9–III.  Division Three.  March 4, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
COOK, *Appellant*.

Appeal from a judgment of the Superior Court for
Benton County, No. 80–1–00147–1, Richard G. Patrick, J.,
entered October 23, 1980. *Reversed* and *remanded* by
unpublished opinion per Munson, J., concurred in by Roe,
A.C.J., and Green, J.

[No. 5043–II.  Division Two.  March 5, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA
LOU SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 7288, Alan R. Hallowell, J., entered
August 7, 1980. *Affirmed* by unpublished opinion per Reed,
C.J., concurred in by Petrie and Worswick, JJ.

[No. 5038–II.  Division Two.  March 5, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
PURCELL, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for Pierce
County, Nos. 56460, 56462, Robert A. Jacques, J., entered
September 22, 1980. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrie and Petrich, JJ.